UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                          :     **ORDER**

HARRY VARGAS,                     :     S1 07 Cr. 1099
    a/k/a "Mo,"
    a/k/a "Peter Perez,"         :
    a/k/a "P Murder,"
    a/k/a "Dough Boy,"
DANNY CHOU,
    a/k/a "Chino,"
SALEM LNU,
BENJAMIN RIVERA,
    a/k/a "Papo,"
CHRISTIAN SALAS,
LOUIS MORAN,
    a/k/a "Flaco,"

          Defendants.          :

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 8 2007

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Todd Blanche;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       December 18, 2007

                                         _____
                                         UNITED STATE MAGISTRATE JUDGE