**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

    UNITED STATES OF AMERICA

                Plaintiff,

                                                                          07 Cr. 01099 ( NRB)

    -against-

    CHRISTIAN SALAS

                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   JOSEPH A. GROB

☐   *Attorney*

    ☐   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
           _____

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☒   *Law Firm/Government Agency Association*

    From:   Joseph A. Grob, Attorney & Counselor at Law

    To:   GOLDBERG & RIMBERG COUNSELORS AT LAW PLLC

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒   *Address:*   115 BROADWAY, SUITE 302, NY, NY 10006

☒   *Telephone Number:*   212-697-3250 EXT. 349

☒   *Fax Number:*   866-651-3196

☒   *E-Mail Address:*   JOEG@GRF-LAW.COM

Dated:   2/26/2008                     _____