

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2008

<u>**BY FACSIMILE**</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08

     Re:  <u>United States v. Harry Vargas et al.</u>
          07 Cr. 1099 (NRB)

Dear Judge Buchwald:

       The next pretrial conference is scheduled for tomorrow,
June 3, 2008, at 4:30 p.m. Discovery has been produced, which
included many audio CDs, as well as additional discovery. The
parties have been reviewing discovery, and the Government is
responding to additional discovery requests. The parties have
not completed the review of discovery. Therefore, the parties
respectfully request that the pre-trial conference scheduled for
tomorrow be adjourned for approximately one month to allow the
parties to continue discussions about a possible resolution to
this case.

       Defendant Benjamin Rivera, however, has not appeared
before Your Honor, and, therefore, will be present at tomorrow's
conference.

       If Your Honor grants this request, then the Government
respectfully requests that the Court exclude time from June 3,
2008, until the date of the next conference, pursuant to the
Speedy Trial Act, Title 18, United States Code, Section
3161(h)(8)(A). The ends of justice served by such continuance
outweigh the interest of the public and the defendant in a speedy
trial because the continuance will allow the defendant and the



*Endorsement*

The conference is adjourned for all defendants except Rivera until July 2, 2008 at 4 p.m. and Speedy Trial time is excluded pursuant to 18 U.S.C. §3161(h)(8)(A) for the reasons stated herein. So Ordered.

6/3/08

Hon. Naomi Reice Buchwald
June 2, 2008
Page 2

Government time to continue discussions about a possible pre-
trial resolution to this case.  Defense counsel consents to this
request for an adjournment.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:    _____
       Todd Blanche
       Assistant U.S. Attorney
       (212) 637-2494
       (212) 637-2390 (facsimile)

Encl.

cc:  Lawrence DiGiansante, Esq.
     Attorney for defendant Harry Vargas
     (by facsimile)

     Ira London, Esq.
     Attorney for defendant Danny Chou
     (by facsimile)

     Joseph Grob, Esq.
     Attorney for defendant Christian Salas
     (by facsimile)

     Neil Checkman, Esq.
     Attorney for defendant Mohammed Salem Qureshi

     Gregory Cooper, Esq.
     Attorney for defendant Benjamin Rivera

     Eric Sears, Esq.
     Attorney for defendant Eric Sears