**GOLDBERG & RIMBERG PLLC**
*Attorneys at Law*
115 BROADWAY – 3RD FLOOR
NEW YORK, NEW YORK 10006
Tel: (212) 697-3250
Fax: (866) 651-3196 (Writer's Direct)




USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

June 19, 2008

Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY   10007


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 19 2008
UNITED STATES DISTRICT J.

   Re:   United States v. Christian Salas
         07 Cr. 1099

Dear Judge Buchwald:

   This firm represents the above-named defendant. This letter is respectfully submitted on behalf of Mr. Salas to request a temporary relaxation of his bail conditions to allow him to attend his son's graduation from elementary school, which is scheduled to take place on Monday, June 23, 2008.

   Mr. Salas's current bail conditions include a personal recognizance bond in the amount of $250,000.00, which has been co-signed by 3 financially responsible persons and his mother, strict pretrial supervision with drug testing, and home detention with electronic monitoring. To date, Mr. Salas has been fully compliant with the terms and conditions of his bail package.

   Mr. Salas's son is scheduled to graduate from the Edgar Allan Poe Literary Development Center (P.S. 46), located at 279 E. 196th Street, Bronx, NY 10458.

   If this request is granted, Mr. Salas will leave his home at 7:30 A.M. on June 23, 2008, to attend the graduation, which is scheduled to begin at approximately 8:30 A.M. After the graduation, Mr. Salas would like to be able to spend some time with his son and to celebrate with his family.

   In light of the above, it is respectfully requested that Mr. Salas be granted permission to leave his home on Monday, June 23, 2008, at 7:30 A.M. and to return to his home no later than 4:00 P.M. Such a window should allow Mr. Salas sufficient time to attend the graduation, take his son to lunch and celebrate with his family.

*So Ordered* [signature] Naomi Reice Buchwald USDJ 6/20/08

Hon. Naomi Reice Buchwald
June 19, 2008
Page 2

    I have spoken with AUSA Todd Blanche and he has indicated that the Government does not oppose this request. Additionally, I have spoken with Pre-Trial Services Officer Furelli, who supervises Mr. Salas, and he also informs me that he has no objection to this request.

    If the Court consents to the proposed modification of Mr. Salas's bail conditions, please have chambers advise me as soon as possible so that I can pass the information on to Mr. Salas before Monday.

    Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

Joseph A. Grob

JAG:
cc:  AUSA Todd Blanche
    (Via email)
    Probation Officer Furelli
    (Via email)